BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUN 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>2007 FORD F-150 PICKUP TRUCK, VIN: 1FTPW12527KB31702, LICENSE NUMBER 7Z71142, AND<br><br>APPROXIMATELY $7,908.60 IN U.S. CURRENCY SEIZED FROM UNION BANK OF CALIFORNIA ACCOUNT NUMBER 4801657364,<br><br>  Defendants | 1:13-CV-00616-AWI-SKO<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on April 26, 2013, in the United States District Court for the Eastern District of California, alleging that defendants a 2007 Ford F-150 Pickup Truck, VIN: 1FTPW12527KB31702, License Number 7Z71142 (hereafter "defendant vehicle") and approximately $7,908.60 in U.S. currency seized from Union Bank of California account number 4801657365 (hereafter "defendant funds") are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

Order Regarding Clerk's Issuance of Arrest Warrant of Articles *In Rem*                    1

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Jason Pitcher, there is probable cause to believe that the defendant vehicle and defendant funds so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle and defendant funds.

Dated: 6/6/13

GARY S. AUSTIN
United States Magistrate Judge

Order Regarding Clerk's Issuance of Arrest Warrant of Articles *In Rem*   2